THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

|                          |   |                    |
|--------------------------|---|--------------------|
| IN RE:                   | § | Case No. 20-11002  |
|                          | § |                    |
| CHESTER J. MARINE LLC,   | § | Section: "A"       |
|                          | § |                    |
| Debtor                   | § | Chapter 11         |

**RUSSELL MARINE TOWING LLC'S RESPONSE TO
DEBTOR'S OBJECTION TO PROOF OF CLAIM**

**NOW INTO COURT**, through undersigned counsel, comes creditor, Russell Marine

Towing LLC ("Russell Marine"), who files this response to Debtor Chester J. Marine LLC's

("Debtor" or "Chester J. Marine") Objection to Proof of Claim (Doc. 75), which is set for hearing

on December 16, 2020, at 1:00 p.m.

Russell Marine is a creditor who also has two adversary proceedings against the debtor

pending before this Court. (Adv. Nos. 20-1042, 20-1048).  Debtor filed an Objection to Russell

Marine's Proof of Claim, wherein Debtor suggests that "Russell Marine's claim(s) will necessarily

be fully and finally adjudicated and/or liquidated in the two (2) adversary proceedings . . . ." (Doc.

75, p. 3).  Russell Marine opposes the Objection to Proof of Claim, but agrees that any objection

to its proof of claim would reasonably and logically be adjudicated in the adversary proceedings.

Counsel for Russell Marine contacted the Court and Opposing Counsel to recommend that the

Objection to Proof of Claim be subsumed in the adversary proceeding and the hearing set for

December 16, 2020, at 1:00 p.m. be converted into a status conference before the Court.  As of

this filing, counsel for Debtor has not provided a response to that correspondence.

Russell Marine opposes the Debtor's Objection to Proof of Claim, but consents to the

Objection to Proof of Claim being consolidated into the adversary proceedings currently pending

{N4136946.1}

before this Court and hereby reserves all rights to lodge a more formal opposition supported by evidence and/or otherwise prove up that opposition within the context of the adversary proceedings as will be shown more fully at trial on the merits.  Additionally, Russell Marine avers that in lieu of a hearing on the Objection to Proof of Claim, the Court convert the hearing on December 16, at 1:00 p.m. into a status conference with the parties.

Respectfully submitted,

*/s/ Jeanne L. Amy*

JEFFERSON R. TILLERY (17831)
C. BARRETT RICE (30034)
MARK A. MINTZ (31878)
JEANNE L. AMY (37012)
JONES WALKER LLP
201 St. Charles Avenue – 48th Floor
New Orleans, Louisiana 70170-5100
Telephone:     (504) 582-8616
Facsimile:     (504) 589-8616
E-Mail:        jtillery@joneswalker.com
               brice@joneswalker.com
               mmintz@joneswalker.com
               jamy@joneswalker.com

**Attorneys for Russell Marine Towing LLC**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing pleading has been served upon all known counsel for parties to this proceeding by electronic filing through the court's electronic filing system and by first class mail, postage prepaid upon the parties listed in the attached mailing matrix, on this 9th day of December, 2020.

*/s/ Jeanne L. Amy*

{N4136946.1}                                    2

Label Matrix for local noticing
053L-2
Case 20-11002
Eastern District of Louisiana
New Orleans
Tue Nov 10 16:48:05 CST 2020

Capital Credit Incorporated
c/o Catherine S. Robertson
225 W. Santa Clara St.
Suite 1500
San Jose, CA 95113-1752

Chester J. Marine, LLC
#10 Kingsridge Loop
Houma, LA 70363-3817

Marquette Transportation Company, LLC
c/o Lugenbuhl, Wheaton, Peck et al
601 Poydras St., Ste. 2775
New Orleans, LA 70130-6041

Russell Marine Towing LLC
c/o Jones Walker, LLP
201 St. Charles Ave., Ste.5100
New Orleans, LA 70170-5100

Wheelhouse Electronics
c/o Bohman Morse LLC
650 Poydras St., Suite 2710
New Orleans, LA 70130-6160

United States Bankruptcy Court
Eastern District of Louisiana
Hale Boggs Federal Building
500 Poydras Street, Suite B-601
New Orleans, LA 70130-3319

Capital Credit Inc
c/o Catherine S Robertson
Pahl & McCay
225 W Santa Clara St, Ste 1500
San Jose, CA 95113-1752

Daigles Market
32845 Bowie Street
White Castle, LA 70788-2305

Dale's Welding & Fabrications, LLC
29635 LA-75
Plaquemine, LA 70764

G & C Vacuum Services
P.O. Box 95
Lafitte, LA 70067-0095

Hercules Wire & Roe & Sling, Co., Inc.
3404 Trotter Court
Houma, LA 70363-5480

Independent Diving Services
Barge Division
100 Herman Drive
Belle Chasse, LA 70037-3204

Internal Revenue Service
P O Box 7346
Philadelphia, PA 19101-7346

Johnson Bros Corporation
608 Henrietta Creek
Roanoke, TX 76262-6339

Larry Fitch
#10 Kingsridge Loop
Houma, LA 70363-3817

Leo D. Congeni
Congeni Law Firm, LLC
650 Poydras St., Suite 2750
New Orleans, LA 70130-6152

Marine Specialties, Inc.
1903 Coteau Rd.
Houma, LA 70364-2163

Marquette Transportation Company
107 Mallard St Suite C
Saint Rose, LA 70087-4019

Marquette Transportation Company, LLC
Attn: Christopher T. Caplinger
Lugenbuhl Wheaton Peck Rankin & Hubbard
601 Poydras Street, Suite 2775
New Orleans, LA 70130-6041

NRE Power Systems, Inc.
8440 Solutions Center
Chicago, IL 60677-8004

Poseidon Commercial Diving Services, LLC
P.O. Box 746
Groves, TX 77619-0746

Randolph Morgan Welding Service
P.O. Box 804
Patterson, LA 70392-0804

Russell Marine Towing LLC
c/o Jones Walker LLP
201 St. Charles Ave., 48th Floor
New Orleans, LA 70170-5100

Todd G. Crawford
Counsel for Marquette Transportation
Lugenbuhl, Wheaton, Peck, Rankin & Hubba
1310 25th Ave
Gulfport, MS 39501-1931

Wheelhouse Electronics
P.O. Box 342
Paradis, LA 70080-0342

Workboat Eletrical Services, LLC
4836 Freedom Road
Houma, LA 70360-8160

Leo David Congeni
Congeni Law Firm, LLC
650 Poydras Street
Suite 2750
New Orleans, LA 70130-6152

Office of the U.S. Trustee
400 Poydras Street
Suite 2110
New Orleans, LA 70130-3238

Robert L. Marrero
Robert L. Marrero, LLC
401 Whitney Avenue
Suite 126
Gretna, LA 70056-2577

Robert L. Marrero
Robert Marrero, LLC
401 Whitney Avenue
Suite 126
Gretna, LA 70056-2577


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(u)Work Boat Electrical Services LLC          (d)Russell Marine Towing LLC          End of Label Matrix
                                              c/o Jones Walker LLP                   Mailable recipients    30
                                              201 St. Charles Ave., Ste. 5100        Bypassed recipients     2
                                              New Orleans, LA 70170-5100             Total                  32